At a term of U.S. District Court, Northern District of New York on the 9th day of May, 2005, in Albany, New York

PRESENT: HON. THOMAS J. MC AVOY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

AMBER LYNN, an infant under the age of 18, by her m/n/g JULIE BRENNAN,
                          Plaintiff,

        -against-                    **ORDER**
                                          03-CV-1333
                                          TJM/RFT

ST. ANNE INSTITUTE, CHARLES GRAHAM, individually and in his official capacity, RICHARD RICCIO, individually and in his official capacity, ELECIA RATTRAY, individually and in her official capacity, IVY GIBSON, individually and in her official capacity, DOUGLAS WILSON, individually and in his official capacity, CYNTHIA LANDRY, individually and in her official capacity, TERRY BOLAND, individually and in her official capacity, KELLY POTTS, individually and in her official capacity, "JANE" O'KEEFE, individually and in her official capacity, MARY MULCHY, individually and in her official capacity, THE COUNTY OF GREENE, GREENE COUNTY DIRECTOR OF FAMILY AND CHILDREN'S SERVICES MARGARET GOODE, individually and in her official capacity, CHILD PROTECTION SERVICES SUPERVISOR SUZANNE PAOLINO, individually and in her official capacity, "JANE DOE 1 individually and in his/her official capacity", GREENE COUNTY COMMISSIONER OF THE DEPARTMENT OF SOCIAL SERVICES CAROL WALLACE, individually and in her official capacity, SHARON REGAN, individually and in her official capacity, JOHN JOHNSON COMMISSIONER OF THE DEPARTMENT OF SOCIAL SERVICES OF THE STATE OF NEW YORK, individually and in her official capacity, JANE DOE 2, individually and in her official capacity,
                                                Defendants.
_____

Upon reading and filing the Motion for Summary Judgment submitted on behalf of the County of Greene, Kelly Potts, Margaret Goode, Suzanne Paolino, Carol Wallace, Sharon Rean, and Jane Doe 1 seeking an Order declaring that St. Anne's Institute has a duty to defend and indemnify the Greene County defendants in this action, and opposition thereto having been submitted on behalf of St. Anne's Institute; and upon oral argument of the issues on June 9, 2005, with appearances by Thorn Gershon Tymann and Bonanni, LLP (Thomas M. Witz, Esq., of counsel)on behalf of the Greene County Defendants, Wilson, Elser,Moskowitz, Edelman & Dicker, LLP (Theresa Marangas, Esq., of counsel) on behalf of St. Anne Institute, and Friedman, Harfenist & Langer (Peter Biogiorno, Esq., of counsel) on behalf of plaintiffs; and after due deliberation having been had thereon

NOW on Motion of Thorn Gershon Tymann and Bonanni, LLP. (Thomas M. Witz, Esq., of counsel), it is

ORDERED that the motion seeking indemnification of the Greene County Defendants by St. Anne's Institute for any loss suffered if such losses result from the claims of any persons injured by the negligent acts or omission of St. Anne's Institute is hereby granted; and it is further

ORDERED that it is premature to know whether any losses are the result of negligent acts or omissions of St. Anne's

Institute; and it is further

ORDERED that the motion seeking summary judgment against St. Anne's Institute on the issue of liability for breach of contract for failure to include the County of Greene and its officers and employees as additional insureds is hereby granted; and it is further

ORDERED that the motion seeking a defense of the County of Greene Defendants by St. Anne's Institute is hereby denied as this is an issue against the insurer.

DATED: May 24, 2005

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge