UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AMBER LYNN, et. al.,

                    Plaintiff,

    v.                                  1:03-CV-1333

ST. ANN INSTITUTE, et. al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Plaintiffs commenced the instant action in November 2003.  Plaintiffs have now moved for a default judgment against Defendant Charles Graham.  Because Plaintiffs having demonstrated that they properly effectuated service upon Graham and Graham has failed to appear in this action, Plaintiffs' motion is GRANTED.  Accordingly, Plaintiffs are entitled to judgment as against Graham on the issue of liability only.

IT IS SO ORDERED.

Dated: September 13, 2005

*[Signature]*
Thomas J. McAvoy
Senior, U.S. District Judge