# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Amber Lynn, et al**

    vs.

**St. Anne Institute, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  1:03-CV-1333


\_\_\_\_   **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


  **X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

DEFENDANT JOHN JOHNSON WAS TERMINATED BY ORDER OF NOTICE OF VOLUNTARY DISMISSAL IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED JANUARY 18, 2006.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT HAVE BEEN GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 2, 2006.


Dated:  March 2, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk